585 A.2d 374

STATE OF NEW JERSEY v. VINCENT RUSSO.

September 18, 1990.

Petition for certification denied.

585 A.2d 374

STATE OF NEW JERSEY v. MICHAEL GRAHAM.

September 18, 1990.

Petition for certification denied.

585 A.2d 374

STATE OF NEW JERSEY v. FREDDIE TORRES.

September 18, 1990.

Petition for certification denied.

585 A.2d 374

STATE OF NEW JERSEY v. JAMES CLEVELAND.

September 18, 1990.

Petition for certification denied.

585 A.2d 374

STATE OF NEW JERSEY v. JOHN JAIRO YEPE GOMEZ.

September 18, 1990.

Petition for certification denied.